UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
  Plaintiff,

v.  Criminal No. 13mj847 (JSM)

TRAVIS RYAN RAYMOND
  Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
  (X) Ad Prosequendum         ( ) Ad Testificandum

Name of Detainee: TRAVIS RYAN RAYMOND
Detained at (custodian): Hennepin County Jail

Detainee is:  a.)  (X) charged in this district by: Complaint
              Charging Detainee With: Felon in Possession of a Firearm

  or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of this proceeding
  or  b.)  (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on December 27, 2013 at 2:00 p.m. in the courtroom of The Honorable Janie S. Mayeron.

Dated: December 23, 2013           s/ Benjamin Bejar
                                   Benjamin Bejar, AUSA

## WRIT OF HABEAS CORPUS

  (X) Ad Prosequendum         ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this District, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

12/26/13
Date                                UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:
A.K.A.(s) (if applicable):
Booking or Fed. Reg.#: 2013027396
Facility Address: 401 South 4th Avenue, Suite 100
  Minneapolis, MN 55415
Facility Phone: 612-348-5112
Currently Incarcerated For:

Gender: Male
DOB: xx/xx/1985
Race: White
FBI #: 921051EC6

RETURN OF SERVICE

Executed on _____ by _____
                  (Signature)

SCANNED
DEC 27 2013
U.S. DISTRICT COURT ST. PAUL

Writ issued