UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| United States of America, | ) | Criminal No. 14-26 (MJD) |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **Order** |
| | ) | |
| Travis Ryan Raymond, | ) | |
| | ) | |
| Defendant. | ) | |

Lisa Kirkpatrick, Assistant United States Attorney, 300 South Fourth Street, Room 600, Minneapolis, MN 55415, counsel for Plaintiff.

Robert H. Meyers, Assistant Federal Defender, 300 South Fourth Street, Room 107, Minneapolis, MN 55415, counsel for Defendant.

This matter is before the court:

**WHEREFORE IT IS ORDERED** counsel's Motion for Leave to File a Letter

is granted and allows counsel to file a letter to the Court.

Dated:   May 15, 2020

/s Michael J. Davis
Michael J. Davis
United States District Court